No. 5073.—Isern, aplte., v. Junta Examinadora de Ingenieros, etc., aplda.—C. D. Humacao.　　　　Enero 20, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por cuanto, la demandada y apelada presentó ante la Corte de Distrito de Humacao dos mociones solicitando la suspensión de la vista del recurso;

Por cuanto, esas mociones, de conformidad con la decisión de este tribunal en el caso de *Gómez Tejera* v. *Junta Examinadora*, 40 D.P.R. 662, equivalen a una sumisión;

Por tanto, se revoca la resolución apelada que dictó la Corte de Distrito de Humacao con fecha 7 de mayo de 1929 y continúese el recurso en la ameritada corte de distrito.

No. 748.—El Banco de Ponce, Inc., peticionario, v. La Corte de Distrito de San Juan, Hon. Angel R. de Jesús, Juez, demandada.—　　　　Enero 23, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Apareciendo de la solicitud de *certiorari* que resolvemos que la sentencia de 13 de agosto de 1930 dictada a favor del peticionario y en contra del Municipio y la Asamblea Municipal de Toa Alta es firme, por lo que puede ser ejecutada, no ha lugar a expedir el auto interesado para revisar la resolución de la Corte de Distrito de San Juan que negó la expedición de una orden de prohibición que tiene el efecto de asegurar la efectividad de la sentencia mientras se resuelve la apelación establecida por el peticionario en un incidente por haber sido dejada sin efecto una orden de aseguramiento similar a la que ahora se interesa; y también negamos el auto en uso de nuestro poder discrecional para concederlo.